# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| PAUL L. SEEGOTT, P.J. LUCIER, JESSE DIRANDO, STEVEN DERIN, BRYAN WEBER, JOHN SOMPLE, THAYNE ALRED MICHAEL SHAUT, and RONALD POSNER, | )<br>)<br>)<br>) |
| Plaintiffs, | ) CASE NO. 1:07cv1479<br>) JUDGE SOLOMON OLIVER |
| v. | )<br>) |
| CYBERSTARTS, INC. n/k/a HARBOR PAYMENTS, INC., FIWARE HOLDINGS, INC., EDEBT, INC. f/k/a COLLECTIONS.COM, INC., ASHISH BAHL, ALEXANDER SMYTHE, and LEONARD WALKER, | ) **MOTION OF DEFENDANTS**<br>) **TO DISMISS THE**<br>) **COMPLAINT FOR FAILURE**<br>) **TO SERVE PROCESS TIMELY**<br>) |
| Defendants. | ) |

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Defendants Alexander Smythe ("Smythe") and Leonard Walker ("Walker") (collectively "Defendants"), by and through their undersigned counsel, hereby move to dismiss this action for failure to serve process timely on Defendants. A Memorandum in Support of this Motion is attached hereto and incorporated herein for the Court's consideration. Defendants make this motion by special appearance without waiving their previously asserted objections to personal jurisdiction in this Court.

Respectfully submitted,

/s/ Van R. Shirey            7/23/07
Van R. Shirey (Bar No. 0031883)
vrs@chorgood.com
CHORPENNING, GOOD &
PANDORA CO., LPA
585 South Front Street, Suite 250
Columbus, Ohio  43215
Telephone: (614) 469-1301
Facsimile: (614) 469-0122

Of Counsel:

Michael J. King
Georgia Bar No. 421160
kingm@gtlaw.com
Lisa R. Bugni
Georgia Bar No. 143077
bugnil@gtlaw.com
GREENBERG TRAURIG, LLP
3290 Northside Parkway
Suite 400
Atlanta, Georgia 30127
Telephone: (678) 553-2100
Facsimile: (678) 553-2212

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **MOTION OF DEFENDANTS TO DISMISS THE COMPLAINT FOR FAILURE TO SERVE PROCESS TIMELY** was filed electronically with the Court on July 23, 2007. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

This 23rd day of July, 2007.

/s/ Van R. Shirey          7/23/07
Van R. Shirey
Counsel for Defendants

16699360v1 7/20/2007