UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL L. SEEGOTT, *et al.,* | ) | Case No.: 1:07 CV 1479 |
| | ) | |
| Plaintiffs | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | <u>ORDER</u> |
| CYBERSTARTS, INC., *et al.,* | ) | |
| | ) | |
| Defendants | ) | |

This court has been advised by the Mediator that this action has been settled. Therefore, it is not necessary that the action remain upon the calendar of the court. Parties shall submit entry of dismissal to the court by August 25, 2008.

IT IS ORDERED that this action is hereby closed. The court retains jurisdiction to vacate this Order to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

July 31, 2005